UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER          :  21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION      :
:
:
:
:
:
---------------------------------------------------------------X
MARIA PUMA,                             :  07-CV-01688-AKH
:
                Plaintiff,   :
:  **APPEARANCE**
- against -                             :
:  **ELECTRONICALLY FILED**
A.J. GOLDSTEIN & CO., *et al.*,         :
:
                Defendants.  :
---------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated:  New York, New York           DICKSTEIN SHAPIRO LLP
        January 18, 2008

                            By:     /s/ Judith R. Cohen
                                  _____
                                  Judith R. Cohen (JC-8614)
                                  1177 Avenue of the Americas
                                  New York, New York 10036
                                  Phone: (212) 277-6500
                                  Fax: (212) 277-6501

                                  *Attorney for Defendant*
                                  MERRILL LYNCH & CO., INC.


DOCSNY-287488