x:\ats52133\adoption

ROGER P. McTIERNAN, JR. (RPM 1680)
BARRY, McTIERNAN & MOORE
2 Rector Street – 14th Floor
New York, New York  10006
(212) 313-3600

Attorneys for Defendant ANN TAYLOR STORES CORPORATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------X
MARIA PUMA,

                         Plaintiff,

        -against-

AJ GOLDSTEIN & CO., ALAN KASMAN DBA
KASCO, ALAN L. MERRIL, AMBIENT GROUP, INC.,
ANN TAYLOR STORES CORPORATION, BANKERS
TRUST COMPANY, BANKERS TRUST CORP.,
BANKERS TRUST NEW YORK CORPORATION,
BATTERY PARK CITY AUTHORITY, BETTY JEAN
GRANQUIST, BFP ONE LIBERTY PLAZA CO., LLC.,
BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT, BOARD OF
EDUCATION OF THE CITY OF NEW YORK,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC., BT PRIVATE
CLIENTS CORP., CAROL GAYNOR TRUST, CAROL
GAYNOR, AS TRUSTEE OF THE CAROL GAYNOR
TRUST, CAROL MERRIL GAYNOR, DEPARTMENT
OF BUSINESS SERVICES, DEUTSCHE BANK TRUST
COMPANY, DEUTSCHE BANK TRUST COMPANY
AMERICAS, DEUTSCHE BANK TRUST
CORPORATION, ENVIROTECH CLEAN AIR, INC.,
FGP 90 WEST STREET INC., FRED GOLDSTEIN,
GENERAL RE SERVICES CORP., GPS
ENVIRONMENTAL CONSULTANTS, INC.,

**NOTICE OF
ADOPTION**

**07 CV 1688**

HARLAND GAYNOR, AS TRUSTEE UNDER A
DECLARATION OF TRUST, HAROLD G.
GOLDSTEIN, AS TRUSTEE UNDER A
DECLARATION OF TRUST, HERMAN L. BLUM, AS
TRUSTEE UNDER THE LAST WILL AND
TESTAMENT OF LOUIS W. GOLDSTEIN, HILLMAN
ENVIRONMENTAL GROUP, LLC., IDELL
GOLDSTEIN, AS TRUSTEE UNDER DECLARATION
OF TRUST, INDOOR ENVIRONMENTAL
TECHNOLOGY, INC., JONES LANG LASALLE
AMERICAS, INC., JONES LANG LASALLE
SERVICES, INC., KASCO RESTORATION SERVICES
CO., KIBEL COMPANIES, MARGARET G. WATERS,
MARGUERITE K. LEWIS, AS TRUSTEE UNDER THE
LAST WILL AND TESTAMENT OF LOUIS W.
GOLDSTEIN, MATTHEW A. GELBIN, AS TRUSTEE
OF THE GELBIN FAMILY, MERRILL LYNCH & CO
INC., NATALIE S. LEBOW, AS TRUSTEE OF THE
JEREMIAH PHILIP LEBOW REVOCABLE TRUST,
NATALIE S. LEBOW, AS TRUSTEE OF THE JERRY
P. LEBOW FAMILY TRUST, NATIONAL
ASSOCIATION OF SECURITIES DEALERS, INC.,
NEW LIBERTY PLAZA LP, NEW YORK CITY
INDUSTRIAL DEVELOPMENT AGENCY, NEW
YORK CITY INDUSTRIAL DEVELOPMENT
CORPORATION, NEW YORK CITY SCHOOL
CONSTRUCTION AUTHORITY, NEW YORK
UNIVERSITY, NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC.,
ONE LIBERTY PLAZA, PAMELA BETH KLEIN, AS
TRUSTEE OF THE PAMELA AND ROWAN KLEIN
TRUST, ROWAN K. KLEIN, AS TRUSTEE OF THE
PAMELA AND ROWAN KLEIN TRUST, RUTH G.
LEBOW, SHIRLEY G. SHOCKLEY, AS TRUSTEE
UNDER DECLARATION OF TRUST, STRUCTURE
TONE (UK), INC., STRUCTURE TONE GLOBAL
SERVICES, INC., SYLVIA R. GOLDSTEIN, THAMES
REALTY CO, THE BANK OF NEW YORK TRUST
COMPANY NA, THE BOARD OF MANAGERS OF
THE ONE LIBERTY PLAZA CONDOMINIUM
(CONDO #1178), THE ONE LIBERTY PLAZA
CONDOMINIUM (CONDO #1178), TISHMAN
INTERIORS CORPORATION, TOSCORP INC.,
TRIBECA LANDING L.L.C., TUCKER ANTHONY,
INC., TULLY CONSTRUCTION CO., INC., TULLY
INDUSTRIES, INC., WESTON SOLUTIONS, INC.,

WFP ONE LIBERTY PLAZA CO., L.P., WFP ONE
LIBERTY PLAZA, CO. GP, CORP., WFP TOWER A
CO., WFP TOWER A CO. G.P. CORP., WFP TOWER A.
CO., L.P., WFP TOWER B CO. G.P. CORP., WFP
TOWER B HOLDING CO., LP, WFP TOWER B. CO.,
L.P., WFP TOWER D CO. G.P. CORP., WFP TOWER D
HOLDING CO. I L.P., WFP TOWER D HOLDING CO.
II L.P., WFP TOWER D, ET AL.,

                         Defendants.
-------------------------------------------------------------------------X

      PLEASE TAKE NOTICE that defendants, ANN TAYLOR STORES

CORPORATION, as and for their responses to the allegations set forth in the Complaint

by Adoption (Check-Off Complaint) related to the Master Complaint filed in the above-

referenced action, hereby adopts ANN TAYLOR STORES CORPORATION's Answer

to the Master Complaint dated August 8, 2007, which was filed in the matter of *In Re

World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      To the extent that ANN TAYLOR STORES CORPORATION's Answer to the

Master Complaint does not comprehensively address any of the specific allegations

within the Check-Off Complaint in the above-captioned matter, ANN TAYLOR

STORES CORPORATION denies knowledge or information sufficient to form a belief

as to the truth of such specific allegations.

      WHEREFORE, ANN TAYLOR STORES CORPORATION, demands judgment

dismissing the above-captioned action as against it, together with its costs and

disbursements.

Dated: New York, New York
      December 12, 2007

                                _____
                                ROGER P. McTIERNAN, JR. (RPM 1680)
                                BARRY, McTIERNAN & MOORE
                                Attorneys for Defendants
                                ANN TAYLOR STORES CORPORATION
                                2 Rector Street – 14th Floor
                                New York, New York  10006
                                (212) 313-3600

TO:

WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiff
115 Broadway, 12th Floor
New York, New York 10006
212-267-3700