UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
:
IN RE: LOWER MANHATTAN DISASTER SITE :
LITIGATION :
: 21 MC 102 (AKH)
:
:
------------------------------------------------------------ X
:
MARIA PUMA, :
: 07-CV-1688 (AKH)
              Plaintiff, :
:
-against- :
:
AJ GOLDSTEIN & CO., ALAN KASMAN DBA : **FGP 90 WEST STREET,**
KASCO, ALAN L. MERRIL, AMBIENT GROUP, : **INC.'S NOTICE OF**
INC., ANN TAYLOR STORES CORPORATION, : **ADOPTION OF ANSWER TO**
BANKERS TRUST COMPANY, BANKERS : **MASTER COMPLAINT**
TRUST CORP., BANKERS TRUST NEW YORK :
CORPORATION, BATTERY PARK CITY :
AUTHORITY, BETTY JEAN GRANQUIST, BFP :
ONE LIBERTY PLAZA CO., LLC, BLACKMON- :
MOORING-STEAMATIC CATASTOPHE, INC. :
D/B/A BMS CAT, BOARD OF EDUCATION OF :
THE CITY OF NEW YORK, BROOKFIELD :
FINANCIAL PROPERTIES, INC., BROOKFIELD :
FINANCIAL PROPERTIES, LP, BROOKFIELD :
PARTNERS, LP, BROOKFIELD PROPERTIES :
CORPORATION, BROOKFIELD PROPERTIES :
HOLDINGS INC., BT PRIVATE CLIENTS CORP., :
CAROL GAYNOR TRUST, CAROL GAYNOR, AS :
TRUSTEE OF THE CAROL GAYNOR TRUST, :
CAROL MERRIL GAYNOR, DEPARTMENT OF :
BUSINESS SERVICES, DEUTSCHE BANK :
TRUST COMPANY, DEUTSCHE BANK TRUST :
COMPANY AMERICAS, DEUTSCHE BANK :
TRUST CORPORATION, ENVIROTECH CLEAN :
AIR, INC., FGP 90 WEST STREET INC., FRED :
GOLDSTEIN, GENERAL RE SERVICES CORP., :
GPS ENVIRONMENTAL CONSULTANTS, INC., :
HARLAND GAYNOR, AS TRUSTEE UNDER A :
DECLARATION OF TRUST, HAROLD G. :
GOLDSTEIN, AS TRUSTEE UNDER A :

NEWY1\8192783.1

DECLARATION OF TRUST, HERMAN L. BLUM, : 
AS TRUSTEE UNDER THE LAST WILL AND : 
TESTAMENT OF LOUIS W. GOLDSTEIN, : 
HILLMAN ENVIRONMENTAL GROUP, LLC., : 
IDELL GOLDSTEIN, AS TRUSTEE UNDER : 
DECLARATION OF TRUST, INDOOR : 
ENVIRONMENTAL TECHNOLOGY, INC., : 
JONES LANG LASALLE AMERICAS, INC., : 
JONES LANG LASALLE SERVICES, INC., : 
KASCO RESTORATION SERVICES CO., KIBEL : 
COMPANIES, MARGARET G. WATERS, : 
MARGUERITE K. LEWIS, AS TRUSTEE UNDER : 
THE LAST WILL AND TESTAMENT OF LOUIS : 
W. GOLDSTEIN, MATTHEW A. GELBIN, AS : 
TRUSTEE OF THE GELBIN FAMILY, MERRILL : 
LYNCH & CO, INC., NATALIE S. LEBOW, AS : 
TRUSTEE OF THE JEREMIAH PHILIP LEBOW : 
REVOCABLE TRUST, NATALIE S. LEBOW, AS : 
TRUSTEE OF THE JERRY P. LEBOW FAMILY : 
TRUST, NATIONAL ASSOCIATION OF : 
SECURITIES DEALERS, INC., NEW LIBERTY : 
PLAZA LP, NEW YORK CITY INDUSTRIAL : 
DEVELOPMENT AGENCY, NEW YORK CITY : 
INDUSTRIAL DEVELOPMENT CORPORATION, : 
NEW YORK CITY SCHOOL CONSTRUCTION : 
AUTHORITY, NEW YORK UNIVERSITY, : 
NOMURA HOLDING AMERICA, INC., NOMURA : 
SECURITIES INTERNATIONAL, INC., ONE : 
LIBERTY PLAZA, PAMELA BETH KLEIN, AS : 
TRUSTEE OF THE PAMELA AND ROWAN : 
KLEIN TRUST, ROWAN K. KLEIN, AS : 
TRUSTEE OF THE PAMELA AND ROWAN : 
KLEIN TRUST, RUTH G. LEBOW, SHIRLEY G. : 
SHOCKLEY, AS TRUSTEE UNDER : 
DECLARATION OF TRUST, STRUCTURETONE : 
(UK), INC., STRUCTURE TONE GLOBAL : 
SERVICES INC., SYLVIA R. GOLDSTEIN, : 
THAMES REALTY CO, THE BANK OF NEW : 
YORK TRUST COMPANY NA, THE BOARD OF : 
MANAGERS OF THE ONE LIBERTY PLAZA : 
CONDOMINIUM (CONDO #1178), THE ONE : 
LIBERTY PLAZA CONDOMINIUM (CONDO : 
#1178), TISHMAN INTERIORS CORPORATION, : 
TOSCORP INC., TRIBECA LANDING L.L.C., : 
TUCKER ANTHONY, INC., TULLY : 
CONSTRUCTION CO., INC., TULLY :

NEWY1\8192783.1

| | |
|---|---|
| INDUSTRIES, INC, WESTON SOLUTIONS, INC., WFP ONE LIBERTY PLAZA, CO., L.P.,WFP ONE LIBERTY PLAZA, CO., GP, CORP., WFPTOWER A CO., WFP TOWER A CO. G.P. CORP., WFP TOWER A. CO., L.P., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, WFP TOWER B. CO., L.P., WFP TOWER D CO. G.P. CORP., WFP TOWER D HOLDING CO. I L.P., WFP TOWER D HOLDING CO. II L.P., and WFP TOWER D, ET AL, | : : : : : : : : : : : |
| Defendants. | : |

-------------------------------------------------------------- X

PLEASE TAKE NOTICE THAT Defendant FGP 90 West Street, Inc., by its attorneys, DLA Piper US LLP, as and for its responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts FGP 90 West Street, Inc.'s Answer to Master Complaint dated August 3, 2007, which was filed in the matter *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).  To the extent that FGP 90 West Street, Inc.'s Answer to the Master Complaint does not comprehensively address any of the allegations set forth in the Check-Off Complaint filed in the above-captioned matter, FGP 90 West Street, Inc. denies knowledge or information sufficient to form a belief as to the truth of such allegations.

WHEREFORE, FGP 90 West Street, Inc. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

NEWY1\8192783.1

Dated: New York, New York.
      February 6, 2008

                              By:    s/ Keara M. Gordon
                                    Keara M. Gordon (KMG 2323)
                                    Michael D. Hynes (MH 5086)
                                    DLA PIPER US LLP
                                    1251 Avenue of the Americas
                                    New York, New York 10020-1104
                                    Phone:  (212) 335-4500
                                    Facsimile:  (212) 335-4501

                                    Robert J. Mathias (*pro hac vice
                                    application pending)
                                    The Marbury Building
                                    6225 Smith Avenue
                                    Baltimore, MD 21209-3600
                                    Phone: (410) 580-3000
                                    Fax: (410) 580-3001

                                  *Attorneys for Defendant*
                                  *FGP 90 West Street, Inc.*